1  KEVIN M. DOLLISON, SBN 187945
   DOLLISON LAW OFFICES
2  11344 COLOMA ROAD, SUITE 180
   GOLD RIVER, CA 95670
3  TELEPHONE (916) 400-3968
   FAX (916) 290-0334
4  E-MAIL  kevin@dollisonlaw.com

5  Attorney for Defendants Thomas & Ji-Eun Hsu

               UNITED STATES DISTRICT COURT

               EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| BRENDA PICKERN,<br><br>        Plaintiff,<br><br>    vs.<br><br>THRIFTY PAYLESS, INC., ET AL.,<br><br>        Defendants | **Case No. 2:14-cv-01199-WBS-AC**<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN THIRTY (30) DAYS**<br><br>**Complaint Served:       5/25/14**<br>**Initial Response Date: 6/16/14**<br>**1st Extension Date:     7/7/14**<br>**2nd Extension Date:     7/21/14** |

**IT IS HEREBY STIPULATED** by and between counsel for Plaintiff and Kevin M. Dollison, counsel for defendants Thomas T. Hsu and Ji-Eun R. Hsu, Trustees of the Hsu Family Trust Dated March 1, 1999 (together "Hsu"), that the time for Hsu to answer the complaint filed in this matter be extended until JULY 21, 2014.

Dated:  JULY 8, 2014          DOLLISON LAW OFFICES

                              /s/ KEVIN M. DOLLISON ____
                              Kevin M. Dollison,
                              Attorney for Hsu

Dated:  JULY 8, 2014          DISABLED ADVOCACY GROUP, APLC

                              /s/ SCOTTLYN J. HUBBARD IV,
                              SCOTTLYNN J. HUBBARD IV,
                              Attorney for Plaintiff

Proposed Order

Good cause appearing, the extension is approved and Defendants shall have up to and including July 21, 2014 to file a response to the Complaint.

**IT IS SO ORDERED**

**Dated:  July 11, 2014**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE