Scottlynn J Hubbard IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone:  (530) 895-3252
Facsimile:  (530) 894-8244
Email:  USDCEast@HubsLaw.com

Attorneys for Plaintiff

Marc B. Koenigsberg, SBN 204265
**GREENBERG TRAURIG, LLP**
1201 K Street, Suite 1100
Sacramento, CA  95814
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
Email:  KoenigsbergM@gtlaw.com

Attorneys for Defendant
Thrifty Payless, Inc., dba Rite Aid #06082

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brenda Pickern,<br><br>    Plaintiff,<br><br>    vs.<br><br>Thrifty Payless, Inc. dba Rite Aid #06082, et al.,<br><br>    Defendants.<br>_____/ | Case No.  2:14-cv-01199-WBS-AC<br><br>**Joint Stipulation for Dismissal and [Proposed] Order Thereon** |

TO THE COURT AND ALL PARTIES:

Plaintiff Brenda Pickern and defendant Thrifty Payless, Inc. dba Rite Aid #06082, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated:  September 16, 2014                     DISABLED ADVOCACY GROUP, APLC


 /s/   Scottlynn J Hubbard      /
SCOTTLYNN J HUBBARD IV
Attorney for Plaintiff


Dated:  September 16, 2014                     GREENBERG TRAURIG, LLP


 /s/   Marc B. Koenigsberg   /
MARC B. KOENIGSBERG
Attorney for Defendant Thrifty Payless, Inc., dba Rite Aid #06082


## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:14-cv-01199-WBS-AC, is dismissed with prejudice in its entirety.

Dated:  September 18, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE